# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DEE ANN FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:18-cv-328 RLM-DLP |
| | ) |
| WIESNETH LAW OFFICES, P.C., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Dee Ann Flowers, by counsel, and respectfully dismisses this cause of action, with prejudice, pursuant to F.R.C.P 4(a)(1)(A)(i).

        s/ Christopher S. Wolcott
        Christopher S. Wolcott (#23259-32)

        The Wolcott Law Firm LLC
        450 East 96th Street Ste 500
        Indianapolis, IN  46240
        Tel: 317-500-0700
        Fax: 317-732-1196
        E-Mail: indy2buck@hotmail.com

        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Undersigned now certifies that a true and accurate copy of the foregoing document was served on counsel for Defendants on this, the 24th day of September 2018, by operation of the Court's Electronic Filing System and addressing to said counsel as follows:

Scott Craig
COX ZWERNER GAMBILL & SULLIVAN
scraig@coxlaw.net

        /s/  Christopher S. Wolcott