UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissal with prejudice acknowledged.
> RLM, DJ  09-26-2018
> Distribution via CM/ECF

| | |
|---|---|
| **DEE ANN FLOWERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:18-cv-328  RLM-DLP |
| | ) |
| **WIESNETH LAW OFFICES, P.C.,** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Dee Ann Flowers, by counsel, and respectfully dismisses this cause of action, with prejudice, pursuant to F.R.C.P 4(a)(1)(A)(i).

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)

The Wolcott Law Firm LLC
450 East 96th Street Ste 500
Indianapolis, IN  46240
Tel: 317-500-0700
Fax: 317-732-1196
E-Mail: indy2buck@hotmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Undersigned now certifies that a true and accurate copy of the foregoing document was served on counsel for Defendants on this, the 24th day of September 2018, by operation of the Court's Electronic Filing System and addressing to said counsel as follows:

Scott Craig
COX ZWERNER GAMBILL & SULLIVAN
scraig@coxlaw.net

/s/  Christopher S. Wolcott